ELECTRONICALLY FILED
Jefferson County Circuit Court
Lafayette L. Woods, Circuit Clerk
2020-Apr-10 18:07:29
35CV-20-298
C11WD02 : 2 Pages

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
## ___ DIVISION

**BIANCA FLETCHER**                                                         **PLAINTIFF**

VS.            CASE NO. 35CV-20-298

**NITV, LLC; NITV FEDERAL SERVICES, LLC;**
**CHARLES HUMBLE; GENE SHOOK;**
**AND JOHN DOES 1-2**                                        **DEFENDANTS**

### JOHN DOE AFFIDAVIT OF PLAINTIFF'S COUNSEL

Comes now, counsel for the Plaintiff, **BIANCA FLETCHER, SUTTER & GILLHAM, P.L.L.C.**, and, for this Affidavit, being competent to testify, states that the statements below are true and accurate:

1. I am a licensed attorney in good standing in the State of Arkansas and am the Partner and owner of **SUTTER & GILLHAM, P.L.L.C.**, who are the attorneys of record for the Plaintiff in the attached Complaint.

2. Plaintiff has made reasonable effort to obtain the identity of John Does 1-2, &/or individuals who are likely to be additional Defendants in the above-captioned case.

3. The identities of all individuals and entities are unknown. Plaintiff hereby designates John Does 1-2 for the purpose of tolling the statute of limitations pursuant to ACA § 16-56-125.

4. The pseudo-names will continue to be named &/or submitted with the actual names upon further discovery, if applicable.

**FURTHER AFFIANT SAITH NAUGHT.**

## VERFICIATION

I, Lucien Gillham, do hereby certify and state, under oath, that the above facts contained herein are true and correct to the best of my knowledge and belief.

_____
Lucien Gillham
*Counsel for Plaintiff*

ACKNOWLEDGMENT
State of _Arkansas_
County of _Pulaski_ ) SS.

Subscribed and sworn before me, a Notary Public, this ____ day of April, 2020.

_____
Notary Public

My commission Expires:
_9/14/21_

OFFICIAL SEAL
ELIZABETH A. HODGES
No. 12384183
PULASKI COUNTY
My Commission Expires 9-14-2021