# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BIANCA FLETCHER                                                                                    PLAINTIFF

VS.

CASE NO. 4:20-CV-521 LPR

NITV, LLC; NITV FEDERAL SERVICES, LLC;
CHARLES HUMBLE; GENE SHOOK; and
JOHN DOES 1-2                                                                                     DEFENDANTS

### NOTICE OF APPEARANCE

Comes James D. Robertson of Barber Law Firm PLLC, and enters his appearance as an attorney of record for Defendants, NITV Federal Services, LLC, Charles Humble and Gene Shook.

Respectfully submitted,

James D. Robertson
Arkansas Bar ID No.:  95181
**BARBER LAW FIRM PLLC**
Attorneys for NITV Federal Services, LLC
Charles Humble and Gene Shook
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
(501) 372-6175/(501) 375-2802 (Fax)
jrobertson@barberlawfirm.com