IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BIANCA FLETCHER                                                                                PLAINTIFF

VS.
                                        CASE NO. 4:20-CV-521 LPR

NITV, LLC; NITV FEDERAL SERVICES, LLC;
CHARLES HUMBLE; GENE SHOOK; and
JOHN DOES 1-2                                                                                 DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT

Comes now separate defendant, NITV Federal Services, LLC, by and through its counsel Barber Law Firm PLLC, and for its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states:

1.  NITV Federal Services, LLC is a foreign corporation.  There is no parent company. NITV Federal Services, LLC is privately owned.

2.  There is no parent company or publicly held corporation that owns an interest in NITV Federal Services, LLC.

                Respectfully submitted,

                James D. Robertson
                Arkansas Bar ID No.:  95181
                **BARBER LAW FIRM PLLC**
                Attorneys for NITV Federal Services, LLC
                Charles Humble and Gene Shook
                425 W. Capitol Avenue, Suite 3400
                Little Rock, AR  72201
                (501) 372-6175/(501) 375-2802 (Fax)
                jrobertson@barberlawfirm.com