IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BIANCA FLETCHER**                                                                            **PLAINTIFF**

vs.                              **CASE NO. 4:20-CV-521-LPR**

**NITV, LLC; NITV FEDERAL SERVICES, LLC;**
**CHARLES HUMBLE; GENE SHOOK; and**
**JOHN DOES 1-2**                                                                                **DEFENDANTS**

## MOTION TO DISMISS, WITHOUT PREJUDICE, DEFENDANTS, CHARLES HUMBLE, AND NITV, LLC, ONLY

COMES NOW THE PLAINTIFF, **BIANCA FLETCHER,** by and through counsel, **SUTTER & GILLHAM, P.L.L.C.;** and, for her Motion to Dismiss Separate Defendants, Charles Humble and NITV, LLC, *only*, without prejudice:

1. Plaintiff moves to dismiss Separate Defendants, Charles Humble, and NITV, LLC, *only*, without prejudice.

2. Separate Defendants Gene Shook and NITV Federal Services, LLC, will remain in the lawsuit.

**WHEREFORE**, Plaintiff, **BIANCA FLETCHER,** prays for an Order dismissing Separate Defendants Charles Humble and NITV, LLC, *only*, without prejudice, the parties to bear their own costs and fees.

Respectfully submitted,

**Lucien R. Gillham, ARBN 99-199**
Attorneys for the Plaintiff
**SUTTER & GILLHAM, P.L.L.C.**
P.O. Box 2012
Benton, AR 72018
501/315-1910  Office
501/315-1916  Facsimile
lucien.gillham@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing has been served on _____ day of August, 2020, upon counsel for Defendants, NITV Federal Services, LLC and Gene Shook via ECF and as follows:

James D. Robertson
jrobertson@barberlawfirm.com

                                            */s/ Luther Oneal Sutter*
                                            Luther Oneal Sutter, ARBN 95031