# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BIANCA FLETCHER**                                                                                   **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-00521-LPR**

**NITV LLC,** *et al.*                                                                                **DEFENDANTS**

## ORDER

On August 7, 2020, Plaintiff Bianca Fletcher filed a Motion to voluntarily dismiss separate Defendants Charles Humble and NITV, LLC. (Doc. 9). The remaining Defendants do not oppose Plaintiff's Motion.

The Court therefore GRANTS Plaintiff's Motion to Dismiss pursuant Rule 41(a)(2) of the Federal Rules of Civil Procedure. Separate Defendants Charles Humble and NITV, LLC are DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE