# COMPUTER VOICE STRESS ANALYZER™

*Excellence in Technology, Training, and Service®*



*The Most Widely Used Truth Verification System in US Law Enforcement*

## CVSA II® OUTPERFORMS ANY OTHER METHOD

Introduced to the law enforcement community in 1988, the original analog CVSA® became an instant success at every agency that purchased it, helping investigators solve crimes that in some cases had languished for years (cold cases). In other cases, individuals that were either untestable or had been called "inconclusive" on the old polygraph agreed to take a CVSA® examination and subsequently were found to be deceptive and confessed to their crimes. With such results it wasn't long before word-of-mouth spread the CVSA's reputation in the law enforcement community. Today's CVSA II® has been digitized and incorporated into a powerful multi-functional notebook computer. The latest version of the CVSA II® has the reputation of being the most effective investigative tool to be introduced into the law enforcement community within the past three decades.

The CVSA II® is the only voice stress analysis system in the world with documented success against terrorist operatives at Guantanamo Bay, Cuba; Afghanistan; Iraq; and other military areas of operation since 2002.



When used in conjunction with the NITV Federal Services (NFS) interviewing and interrogation techniques, including its widely acclaimed Defense Barrier Removal (DBR®) technique to obtain valid confessions, the results are swift and dramatic. The CVSA II® gets to the truth and accurately identifies deception, or validates statements, in the shortest possible time (average exam time is less than 1 hour).

### CVSA II ADVANTAGES

- Accuracy ( > 98% )
- Speed (average time is < 1 hr)
- Ease of Operation
- Portability
- Saves Time
- NO INCONCLUSIVES
- Cost-effectiveness
  (1/3 the cost of polygraph)

### HOW CVSA II® WORKS

Microtremors are tiny frequency modulations found in the human voice. When a test subject is not being truthful, the automatic, or involuntary nervous system causes inaudible changes in voice frequency. The CVSA II® detects, measures, quantifies, and displays these changes in an easy-to-understand graph format that is evaluated and quantified for stress.

A state-of-the-art computer processes these voice frequencies and graphically displays the fluctuation of the voice patterns in real-time with the subject's answers, while simultaneously analyzing, evaluating and quantifying each pattern for deception. The CVSA II® is not restricted to "yes" and "no" answers and is also capable of accurately analyzing recorded conversations.

## NITV FEDERAL SERVICES IS THE MANUFACTURER AND SOLE SOURCE FOR THE CVSA II®

## HOW CVSA II® PERFECTS CRIME-FIGHTING TECHNOLOGY

Unlike the computer polygraph, the CVSA II® requires no wires or other measuring instruments be attached to the subject being tested. The CVSA II® uses only a microphone plugged into the computer to analyze the subject's responses. As the subject speaks, the computer displays each voice pattern, and numbers it. At the end of the examination, the computer renders its evaluation, utilizing the Final Analysis Confirmation Tool (FACT®) an advanced scoring algorithm (US Patent #7,321,855 & US Patent # 7,571,101). This process removes the possibility of examiner error as well as provides completely objective chart evaluations. This allows a trained examiner to either eliminate the subject as a suspect or to begin interrogation. Unlike the polygraph, drugs and medical issues do not affect the results of the CVSA II® and there are no known countermeasures to cause "inconclusive" results. The CVSA II® is effective in all investigative situations such as homicide, sex crimes, robbery, white collar, and internal affairs investigations, as well as pre- employment examinations for background investigators. The system has also proven itself a very reliable investigative tool for verifying statements of witnesses, denials of suspects, and for determining the validity of allegations made against police officers.

## COMBAT PROVEN

The CVSA II® is the only voice stress analysis system in the world that has been used under combat and field conditions by the US military since 2002. The success of the CVSA II® within the military is well documented. Contact NFS for additional details.

## ENDORSED BY PROFESSIONALS

Here are just a few of the comments from ranking members of major metropolitan police departments that use the CVSA II®: "The CVSA II® is the best thing that has happened to police work"; "The CVSA II® has proven itself to be more reliable than any polygraph exam"; "one of the most impressive investigative tools we've acquired."

The CVSA II® is **FAST, RELIABLE, and EASY-TO- USE.** It is light years ahead in establishing truth and successfully closing cases.

## USE CVSA II® ANYWHERE

The CVSA II® is built into a rugged, multi-purpose, state-of-the-art notebook computer that can easily be carried anywhere and has fax and email capability for direct faxing or emailing of charts for "cold call" review by other examiners.

## CERTIFIED EXAMINERS COURSE

NITV Federal Services conducts a widely acclaimed five-day intensive training course hosted by selected law enforcement agencies around the country for law enforcement personnel that will be utilizing the CVSA II®.

The specialized Defense Barrier Removal interviewing and interrogation technique and Kinesics are also taught. These two techniques, when utilized in conjunction with the CVSA II®, have proven invaluable in obtaining confessions, as well as clearing suspects.

"I have been a certified CVSA® examiner for 10 years and the supervisor for the CVSA® unit for the last three. I have personally conducted over 1,300 CVSA® examinations. The CVSA® have proven to be a valuable tool for screening applicants prior to hiring them for sensitive law enforcement and support positions. This is in addition to seeking the truth in criminal cases. The CVSA II® is so reliable that we now have 15 CVSA® examiners and 5 CVSA II® systems. Our agency conducts upward of 1,000 examinations annually. This means that examinations are being conducted continuously. The support rendered by the NFS is excellent. You are a name, not a number to the support staff, instructors and Dr. Humble. I highly recommend the CVSA II® and NFS to any law enforcement agency interested in seeking out the truth " - **Sgt. Bill Yamber, Orange County Sheriff's Dept., FL**

"The training for the Computer Voice Stress Analyzer® was by far the most comprehensive training that I have attended during my 18 years in law enforcement. The Defense Barrier Removal Technique along with the CVSA® has proven invaluable in obtaining confessions and truth verification." - **Officer Clifford W. Payne, Atlanta Police, GA, Background and Recruitment Unit**

"I have been in law enforcement for about 24 years and have been fortunate enough to attend many interviewing and interrogation schools. The CVSA® training program was by far the most intense, educating, and most useful school that I have attended. Earlier this year our department had several polygraph examiners retire and we had already learned of your company's excellent reputation from several other agencies. We purchased 10 CVSA's and trained 20 examiners and in my opinion, the instrument and training have been one of the greatest assets our department has ever acquired. Not only has it helped us solve many crimes from major thefts to homicides, but has also helped expose false reports from victims, thus saving our department many man- hours of investigation." – **Det. Kent McAllister Sex Crimes Section, Metropolitan Nashville Police Dept., Nashville, TN**

"Excellent, highly professional and relevant training that has direct application to our mission requirements. This system has been invaluable in Iraq and Afghanistan for Special Forces missions. I highly recommend that all US Special Operations units be provided with the CVSA II® to evaluate intelligence sources. Additionally, NFS's interview and interrogation techniques were found to be highly effective in obtaining information from suspects and intelligence sources." - **US Army Special Forces Intelligence NCO (name withheld to protect identity)**



**NITV FEDERAL SERVICES**

NITV Federal Services, the manufacturer and sole source of the Computer Voice Stress Analyzer II®, has been providing training in voice stress analysis for over 30 years and is recognized throughout the world as the leader in the field of truth verification. All our instructors are either former law enforcement professionals with vast experience as voice stress and polygraph examiners or have extensive experience in specific areas (Interviewing & Interrogation, Military Operations, etc.).

In selecting agents to be trained, the prospective students should be the most accomplished interviewing/interrogators available within your organization. Although the CVSA II® can be utilized in any language, the complexities of the course require that all international students be fluent in English.

## CVSA II® TRUTH VERIFICATION CERTIFIED EXAMINERS COURSE
### Course Length: 5 Days     Total Hours: 52

**History of Lie Detection** .................................................................................................. 1 Hr.
From its early beginnings to the state of art today.

**Instrumentation** ................................................................................................................ 6 Hrs.
The student learns this highly developed, user-friendly system to conduct perfect examinations.

**Physiolgy** .......................................................................................................................... 3 Hrs.
A relevant overview of the body's reaction to jeopardy. What the human body does to compensate for its inability to either "fight" or "flight" and our ability to monitor those reactions.

**Interviewing and Interrogation** ........................................................................................ 13 Hrs.
Beginning with Kinesics and ending with admissions we study an art that is one of the most productive aspects of our profession. Videotaped (known conclusion) exams are utilized as training aids.

**Psychology** ....................................................................................................................... 4 Hrs.
An overview of topics from the interaction of the physiological response to psychological stimuli, to the psychological aspects of question formulation and it's bearing on the extent of the subject's reaction.

**Chart Interpretation** ........................................................................................................ 14 Hrs.
Learning the criteria for an indication of deception is not necessarily one of the easiest aspects of truth verification but certainly one of the most critical.

**Final Analysis Confirmation Tool (FACT®)** ..................................................................... 1 Hr.
After students have mastered Chart Interpretation, they will learn how to operate the FACT® Scoring System.

**Test Construction and Question Formulation** ................................................................ 6 Hrs.
From Zone of Comparison tests to control questions, the student learns test applications and construction.

**Covert Interviewing and Analysis** ................................................................................... 4 Hrs.
One of the most useful functions of the CVSA II®, either from recordings or over the telephone.

11400 Fortune Circle
West Palm Beach, FL 33414
Phone: (561) 798.6280 • Fax: (561) 798.1594
www.cvsa1.com • nitvfs@cvsa1.com