**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BIANCA FLETCHER**                                                                              **PLAINTIFF**

**vs.**                                        **CASE NO. 4:20-CV-521-LPR**

**NITV, LLC; NITV FEDERAL SERVICES, LLC;**
**CHARLES HUMBLE; GENE SHOOK; and**
**JOHN DOES 1-2**                                                                              **DEFENDANTS**

**MOTION TO FILE A SURREPLY AND REQUEST FOR A HEARING**

**COMES NOW** THE PLAINTIFF, by and through counsel, who for her Motion to File a

Surreply and Request for a Hearing, states:

1. Defendant filed a Reply, premised on the idea that Plaintiff failed to comply with Rule 56(d).

This is false.

2. Accordingly, Plaintiff moves to file a Surreply, attached as Exhibit A.

3. This motion is not filed for purposes of harassment or delay.

4. Plaintiff has consulted with opposing counsel who does not object to a Surreply.

5. This case is in an unusual procedural status, with an early motion for summary judgment filed,

before discovery is complete, that contains numerous fact issues.  Accordingly, Plaintiff requests

a hearing.

**WHEREFORE**, Plaintiff prays for an Order granting his Motion to file a Surreply, and

for a hearing on the Motion for Summary Judgment.

Respectfully submitted,

**Lucien R. Gillham, ARBN 99-199**
Attorneys for the Plaintiff
**SUTTER & GILLHAM, P.L.L.C.**
P.O. Box 2012
    Benton, AR 72018
    501/315-1910  Office
    501/315-1916  Facsimile
    lucien.gillham@gmail.com