IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BIANCA FLETCHER                                                                                          PLAINTIFF

VS.

CASE NO. 4:20-CV-521 LPR

NITV, LLC; NITV FEDERAL SERVICES, LLC;
CHARLES HUMBLE; GENE SHOOK; and
JOHN DOES 1-2                                                                                          DEFENDANTS

## DEFENDANTS' STATUS REPORT

Comes now separate defendants, NITV Federal Services, LLC, and Gene Shook, by and through their counsel Barber Law Firm PLLC, and for their Status Report state:

1. Per the Court's Final Scheduling Order (Doc 11), the parties were ordered to file a Status Report today.

2. The parties successfully mediated this case and reached a resolution on January 8, 2021. On the same day, the parties notified the Court that the case had resolved and that dismissal paperwork would be submitted once the conditions of the confidential settlement have been completed.

3. There is only one matter that remains to be completed: confidential and proprietary information was produced by the defendant in discovery. The Stipulated Protective Order (Doc. 12) requires the destruction or return of the protected information upon request once the case has been resolved. The defendants requested the return/destruction of the confidential information on January 8, 2021 and repeatedly thereafter. No documents have been returned because, upon representation of plaintiff's counsel, the information was scanned and maintained only

electronically. However, the plaintiff has not yet verified destruction of the confidential information despite multiple requests over the intervening months.

      4.     NITV Federal Services, LLC and Gene Shook anticipate the issue with the confidential information will be resolved through the status report process today. If not, the defendants request the Court retain jurisdiction to enforce the Stipulated Protective Order so that the Defendants may file a Motion to Enforce the Protective Order tomorrow.

      Respectfully submitted,

James D. Robertson
Arkansas Bar ID No.: 95181
**BARBER LAW FIRM PLLC**
Attorneys for NITV Federal Services, LLC
Charles Humble and Gene Shook
425 W. Capitol Avenue, Suite 3400
Little Rock, AR 72201
(501) 372-6175/(501) 375-2802 (Fax)
jrobertson@barberlawfirm.com