IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BIANCA FLETCHER**                                                                                          **PLAINTIFF**

vs.                          **CASE NO. 4:20-CV-521-LPR**

**NITV, LLC; NITV FEDERAL SERVICES, LLC;**
**CHARLES HUMBLE; GENE SHOOK; and**
**JOHN DOES 1-2**                                                                                             **DEFENDANTS**

## RESPONSE TO DEFENDANTS MOTION TO ENFORCE PROTECTIVE ORDER

COME NOW the Plaintiff, BIANCA FLETCHER, by and through counsel, Sutter & Gillham, PLLC, and for her Response to Defendants Motion to Enforce Protective Order, she states:

1. All materials and documents, Defendants produced to Plaintiff, after the Stipulated Protective Order (Doc 12), and designated as confidential, have been destroyed.

Respectfully submitted,

**Lucien R. Gillham, ARBN 99-199**
Attorneys for the Plaintiff
**SUTTER & GILLHAM, P.L.L.C.**
P.O. Box 2012
Benton, AR 72018
501/315-1910  Office
501/315-1916  Facsimile
lucien.gillham@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing has been served on this 12th day of April 2021, upon counsel all counsel of record via ECF, as follows:

James D. Robertson
jrobertson@barberlawfirm.com

                                                /s/ Lucien Gillham
                                                Lucien Gillham, ARBN 99-199



# Fletcher v. NITV

**Jim Robertson** <jrobertson@barberlawfirm.com>  
To: Lucien Gillham <lucien.gillham@gmail.com>

Fri, Mar 19, 2021 at 3:05 PM

Luke,

Per our prior correspondence, you have indicated that you possess no paper copies of the protected information in this case. Please delete all protected information that has been supplied in this case and marked as such, and send me a separate writing that certifies all protected information produced under the protective order has been destroyed and that you no longer possess any paper or electronic copies of the protected information. Thanks. Jim

James D. Robertson

ATTORNEY AT LAW

BARBER LAW FIRM

3400 Simmons Tower

425 West Capitol Avenue  
Little Rock, Arkansas 72201

Direct | 501.707.6128

Company | 501.372.6175  
Facsimile | 501.375.2802

www.barberlawfirm.com



EXHIBIT A

---

**Lucien Gillham** <lucien.gillham@gmail.com>  
To: Jim Robertson <jrobertson@barberlawfirm.com>

Fri, Mar 19, 2021 at 5:25 PM

Yep, I'm doing that. Our electronic files are clean. A little more difficult to make sure email is clear.