IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BIANCA FLETCHER                                                                                              PLAINTIFF

vs.                                    CASE NO. 4:20-CV-521-LPR

NITV, LLC; NITV FEDERAL SERVICES, LLC;
CHARLES HUMBLE; GENE SHOOK; and
JOHN DOES 1-2                                                                                                DEFENDANTS


## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW THE PARTIES, by and through counsel, Sutter & Gillham, PLLC, for Plaintiff, and Barber Law Firm, PLLC, for the Defendants, pursuant to Rule 41(a)(1)(A), who now stipulate that this matter be and is dismissed with prejudice, the parties to bear their own costs and fees.

Respectfully submitted,

*/s/ Lucien Gillham*
Lucien Gillham, ARBN 99-199


*/s/ James D. Robertson*
James D. Robertson, BIN 95181